## 37158. JONES v. STATE.

ORDER OF COURT.

Upon consideration of the application for certiorari filed to review the judgment of the Court of Appeals in this case, it is ordered that the writ be hereby denied.

*All the Justices concur, except Hill, P. J., who dissents. Smith, J., disqualified.*

ORDERED JANUARY 20, 1981.

HILL, Presiding Justice, dissenting.

I respectfully dissent. I would grant certiorari. See Delaware v. Prouse, 440 U. S. 648 (99 SC 1391, 59 LE2d 660) (1979).